# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2026

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 26, 2026

Re:    **United States v. Jayvaugn Valentine**
       **26 Cr. 126 (RA)**

Dear Judge Abrams,

      We are scheduled to appear before the Court for Mr. Valentine's sentencing on July 9, 2026.  I write to respectfully request that the defense sentencing submission be due on Monday, June 29.  The additional few days will enable defense counsel to complete the letter, and enable us to receive and review the final PSR before finalizing our sentencing submission (the PSR is set to be released that day).

      The government, by Assistant United States Attorney Jerry Fang, has no objection to this request.  He informed undersigned counsel that if the instant request is granted, he will still be able to file his submission by the original deadline of July 2.

      Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527