Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 15, 2026

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2026

**Re:** **United States v. Jayvaugn Valentine**
**26 Cr. 126 (RA)**

Dear Judge Abrams,

I write to respectfully request a temporary modification of a term of Mr. Valentine's probation. As the Court is aware, Mr. Valentine recently suffered an injury at work; his medical team has referred him for an MRI of his knee on Friday, July 17, 2026. We were also informed that the MRI cannot be conducted with an electronic monitor on his ankle. Therefore, we ask permission for Pretrial Services or the Probation Department to remove Mr. Valentine's ankle monitor on Thursday, July 16, 2026, and reinstall it after the MRI on the afternoon of Friday, July 17.

Pretrial Services by Officer Francesca Piperato has no objection to this request; the Government by A.U.S.A. Fang defers to Pretrial. We also corresponded with Probation Officer Officer Hirsch, who is newly-assigned to the case, who is available to reinstall the bracelet on Friday.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527

cc: Officer Piperato, Pretrial Services
Officer Hirsch, U.S. Probation
A.U.S.A. Fang, U.S. Attorney's Office